1 **CAROLINE C. MCCREARY, #176563**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 696-4529
Facsimile:    (559) 486-4533
4
Attorney for Defendant
5 **SANTIAGO FIERRO**

6

7
UNITED STATES DISTRICT COURT
8
FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA       )       **CASE NO. CR-F-04-5196-OWW**
                                 )
11                               )       **STIPULATION TO CONTINUE**
                  Plaintiff,     )       **SENTENCING**
12                               )
       v.                        )
13                               )
   SANTIAGO FIERRO,              )
14                               )
                  Defendant.     )
15 _____ )

16
   Defendant SANTIAGO FIERRO, by and through his counsel of record, CAROLINE
17
C. MCCREARY, and Plaintiff, UNITED STATES OF AMERICA, by and through its
18
counsel of record, KATHLEEN A. SERVATIUS, Assistant United States Attorney for the
19
Eastern District of California, hereby stipulate that the sentencing in the above-referenced
20
case currently scheduled for Monday, March 13, 2006, at 9:00 a.m. be continued to Monday,
21
April 10, 2006, at 9:00 a.m. in the courtroom for the Honorable Oliver W. Wanger, District
22
Judge.
23

24

25

26

27

28

1 | **IT IS SO STIPULATED**

Respectfully submitted,

Dated: March 8, 2006

/s/ Caroline C. McCreary
CAROLINE C. MCCREARY
Attorney for Defendant
SANTIAGO FIERRO

7 | **IT IS SO STIPULATED**

Dated: March 8, 2006

/s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   March 8, 2006**
emm0d6

            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

- 2 -